IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDI NEUBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:12-cv-02659 |
| v. | ) | |
| | ) | |
| CENTRAL CREDIT SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, BRANDI NEUBERG ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar, including the Status Conference on January 24, 2013 at 8:30 am. for the present matter.

DATED:  January 15, 2013                         RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT                                                                                      1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                By: /s/ Adam T. Hill
                    Adam T. Hill
                    KROHN & MOSS, LTD.
                    10 N. Dearborn St., 3rd Fl.
                    Chicago, Illinois 60602
                    Telephone: 312-578-9428
                    Telefax: 866-802-0021
                    ahill@consumerlawcenter.com
                    *Attorneys for Plaintiff*